**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JENNIFER SAMSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 22-4111** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "A"(5)** |

**ORDER**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Reverse and Remand (rec. doc. 11) is **GRANTED**, that Plaintiff's Motion for Summary Judgment (rec. doc. 10) is **DISMISSED AS MOOT**, that the ALJ's decision is **REVERSED**, and that this matter is **REMANDED** for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 27th day of April, 2023.

_____
**UNITED STATES DISTRICT JUDGE**